O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN J. DREW,                          ) Case No. CV 09-3861-AHM (DTB)
                                       )
                Petitioner,            )
        vs.                            ) ORDER ADOPTING FINDINGS,
                                       ) CONCLUSIONS AND
DEBRA DEXTER, Warden,                  ) RECOMMENDATIONS OF UNITED
                                       ) STATES MAGISTRATE JUDGE
                Respondent.            )
                                       )
                                       )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records
and files herein, and the Report and Recommendation of the United States Magistrate
Judge. Objections to the Report and Recommendation have been filed herein. Having
made a de novo determination of those portions of the Report and Recommendation
to which objections have been made, the Court concurs with and adopts the findings,
conclusions and recommendations of the Magistrate Judge.

        IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is granted
and that Judgment be entered denying the Petition and dismissing this action with
prejudice.

Dated: January 28, 2011

                                       _____
                                       A. HOWARD MATZ
                                       UNITED STATES DISTRICT JUDGE

1