JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. DREW,<br><br>        Petitioner,<br>    vs.<br>DEBRA DEXTER, Warden,<br><br>        Respondent. | Case No. CV 09-3861-AHM (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that respondent's Motion to Dismiss is granted, the Petition is denied and this action is dismissed with prejudice.

Dated: January 28, 2011

**JS-6**

                                    A. HOWARD MATZ
                                    UNITED STATES DISTRICT JUDGE